```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMIE HANSEN
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
HEATHER A. ZIMMERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-010-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO VACATE AND CONTINUE THE CONFIRMATION HEARING AND TRIAL |
| HEATHER A. ZIMMERMAN, | |
| Defendant. | Date:  March 7, 2011<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

   The United States of America, by and through its counsel Jill Thomas, Assistant United States Attorney, together with defendant, Heather A. Zimmerman, by and through her counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the Trial Confirmation Hearing set for March 7, 2011 at 2:00 p.m. and the Jury Trial set for March 29, 2011 at 9:00 a.m., and continue the proceedings to the following dates:

```
Trial confirmation hearing:    March 28, 2011 at 10:00 a.m.
Jury trial date:               April 19, 2011 at 9:30 a.m.
```

Continuance is requested because more preparation is needed by the defense. The parties further agree that time should be excluded from the date of this [Proposed] Order until Trial Confirmation Hearing which is set for March 28, 2011, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare).

Dated:  March 7, 2011                Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     HEATHER A. ZIMMERMAN


Dated: March 7, 2011                 BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ David Stevens for
                                     JILL THOMAS
                                     Assistant U.S. Attorney


                               ORDER

IT IS SO ORDERED.

Dated: March 7, 2011.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE


Stipulation and Order                -2-