```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMIE HANSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    HEATHER A. ZIMMERMAN
 8

 9
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-010-EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO VACATE |
| v. | ) THE TRIAL CONFIRMATION HEARING |
| | ) AND JURY TRIAL AND SET A CHANGE |
| HEATHER A. ZIMMERMAN, | ) OF PLEA |
| | ) |
| Defendant. | ) Date:  March 28, 2011 |
| | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. Edmund F. Brennan |

   The United States of America, by and through its counsel Jill Thomas, Assistant United States Attorney, together with defendant, Heather A. Zimmerman, by and through her counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the Trial Confirmation Hearing set for March 28, 2011 at 10:00 a.m. and the Jury Trial set for April 18, 2011 at 9:30 a.m., and set a change of plea for March 29, 2011 at 10:00 a.m.

////

1    The parties further agree that time should be excluded from the date
2 of this [Proposed] Order until the change of plea which is [Proposed]
3 to be set for March 29, 2011, pursuant to 18 U.S.C. Section §
4 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The
5 interests of justice served by granting this continuance outweigh the
6 best interests of the public and the defendant in a speedy trial.  18
7 U.S.C. Section § 3161(h)(7)(A).

Dated:  March 24, 2011            Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      HEATHER A. ZIMMERMAN

Dated: March 24, 2011             BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ David Stevens for
                                      JILL THOMAS
                                      Assistant U.S. Attorney


                              ORDER

SO ORDERED.

Dated: March 24, 2011.
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE


Stipulation and Order              -2-