```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
HEATHER A. ZIMMERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-010-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER; TO RECALL THE BENCH WARRANT ISSUED ON JUNE 25, 2012 |
| HEATHER A. ZIMMERMAN, | |
| Defendant. | Date:<br>Time:<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated between the parties, Justin Lee, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the bench warrant issued on June 25, 2012, for the defendant, HEATHER A. ZIMMERMAN, be withdrawn.

On June 6, 2011, the defendant, Heather A. Zimmerman, was sentenced to a 12-month term of court probation and ordered to pay a special assessment of $50.00 restitution in the amount of $285.00, and complete 65 hours of community service. A series of control dates were set. During that time period Ms. Zimmerman completed her community service and paid a portion of the monetary fine. After she failed to appear

1  for her last control date on June 22, 2012, to explain why the entire
2  fine had not been paid, the Court issued a $1,000.00 bench warrant.  On
3  July 9, 2012, Ms. Zimmerman paid the remainder of her fine.  The
4  government has confirmed that the restitution and special assessment
5  have been paid in full.  Accordingly, the parties agree and stipulate
6  that the warrant should be recalled.
7     Given these facts, the parties respectfully request that the Court
8  recall the bench warrant issued for Ms. Zimmerman on June 25, 2012.
9  Dated: July 10, 2012           Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Linda C. Harter
                                  LINDA C. HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  HEATHER A. ZIMMERMAN


17 Dated: July 10, 2012           BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Linda C. Harter for
                                  JUSTIN LEE
                                  Assistant U.S. Attorney


                        ORDER

IT IS SO ORDERED.

Dated: July 11, 2012
                              /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE




Stipulation and [Proposed] Order   -2-